## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

In Re: Latisia McMullin          )
SSN: XXX-XX-1784                 )
                                 )          Case No. 21-80345-CRJ-7
                                 )
                                 )          Chapter 7
                                 )
Debtor,                          )

## <u>MOTION TO REOPEN CASE</u>

Come now the Debtor, Latisia McMullin, and moves the Court to allow her to reopen her Chapter 7 case.  In support of this motion, debtor states as follows:

1. The debtor's Chapter 7 bankruptcy case was filed on February 25, 2021.

2. This case was discharged on June 25, 2021.

3. Debtor requests the case to be reopened for a pending Motion for Contempt and for Sanctions to be heard by this Court.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, debtor respectfully requests that the court enter an order reopening the case.

Respectfully submitted,

<u>/s/ *John C. Larsen*</u>
John C. Larsen
Attorney for Debtor,
Latisia McMullin

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL  35811
(256) 859-3008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion to Reopen Case has been served on all the creditors listed on the attached matrix by U.S. mail postage prepaid and properly addressed and on Tazewell Shepard, Chapter 7 Trustee, electronically on this the 8th day of November, 2021.

/s/ *John C. Larsen*

Label Matrix for local noticing
1126-8
Case 21-80345-CRJ7
NORTHERN DISTRICT OF ALABAMA
Decatur
Tue Nov  2 17:22:30 CDT 2021

(p)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

U. S. Bankruptcy Court
400 Well Street
P. O. Box 2775
Decatur, AL 35602-2775

AR Resources, Inc.
Attn: Bankruptcy
Po Box 1056
Blue Bell, PA 19422-0287

(p)AMERICAN FAMILY CARE
ATTN HEATHER NELSON
PO BOX 734315
DALLAS TX 75373-4315

Apco Ecu
750 17th Street North
Birmingham, AL 35203-2020

Commonwealth Financial Systems
Attn: Bankruptcy
245 Main Street
Dickson City, PA 18519-1641

Complete Credit Solutions
Attn: Bankruptcy
2921 Brown Trail, Ste 100
Bedford, TX 76021-4174

Credit Acceptance
Attn: Bankruptcy
25505 West 12 Mile Road Ste 3000
Southfield, MI 48034-8331

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Edc/edward Rose & Sons
38525 Woodward Ave
Bloomfield Hills, MI 48304-5011

Enhanced Recovery Company
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256-7412

Geico
One Geico Center
Macon, GA 31296-0001

Kensington Manor Apartments
10 Kensington Manor Dr.
Calera, AL 35040-5231

Natiowide Recovery Service
Attn: Bankruptcy
5655 Peachtree Parkway
Norcross, GA 30092-2812

Nexcheck
2416 Green Spring Hwy
Birmingham, AL 35209-4920

Online Collections
Attn: Bankruptcy
Po Box 1489
Winterville, NC 28590-1489

Progressive Leasing
256 West Data Dr.
Draper, UT 84020-2315

Radius Global Solutions LLC
7831 Glenroy Dr.
Suite 250-A
Minneapolis, MN 55439-3132

Regnl Fin
458 1st Street Sw
Alabaster, AL 35007-9703

Spectrum/Charter
400 Atlantic St.
10 Floor
Stamford, CT 06903

Tasha Fears
12 Westchester Ct.
Apt. 2
Birmingham, AL 35215-1840

Tasha Fears
3 Westchester Ct.
Birmingham, AL 35215-1865

The CBE Group, Inc.
1309 Technology Pkwy
Cedar Falls, IA 50613-6976

WestLake Portfolio Management, LLC
Attn: Bankruptcy Department
P.O. Box 76809
Los Angeles, CA 90076-0809

John C. Larsen
Larsen Law, P.C.
1733 Winchester Rd
Huntsville, AL 35811-9190

Latisia McMullin
316 Arbor Ridge Dr. Apt 31
Madison, AL 35756-5249

Tazewell Shepard
Tazewell Shepard, Trustee
PO Box 19045
Huntsville, AL 35804-9045

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC          American Family Care, Inc.          (d)Atlas Acquisitions LLC
492C Cedar Lane, Ste 442        P.O. Box 734315                     492C Cedar Lane, Ste 442
Teaneck, NJ 07666               Dallas, TX 75373-4315               Teaneck, NJ 07666


End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27